**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000457
10-OCT-2025
09:35 AM
Dkt. 56 OAWST**

NO. CAAP-24-0000457

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STEPHEN P. CANO; NINA Q. CANO; MIKI L. DOHEMANN; LISA ROYE
AS PERSONAL REPRESENTATIVE OF ESTATE OF JOYCE A. HENRY;
and GREGORY J. SHIRLEY, Plaintiffs-Appellants,
v.
BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A.;
JEANETTE ROBERTSON; JEFF NORTHON, Individually and as Trustee of
the JEFF NORTHON and M. YUKIKO TOKUTOMI NORTHON REVOCABLE TRUST
DATED AUGUST 19, 2010; M. YUKIKO TOKUTOMI NORTHON,
Individually and as Trustee of the JEFF NORTHON and
M. YUKIKO TOKUTOMI NORTHON REVOCABLE TRUST DATED
AUGUST 19, 2010; CHERI VANN-TAYLOR nka CHERI SUSAN HICKS;
and DOE DEFENDANTS 1-50,
Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CC19100217K)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakasone, Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal

with Prejudice of Appeal" (**Stipulation to Dismiss**) filed on

October 3, 2025, by Plaintiffs-Appellants Stephen P. Cano,

et al.; Defendant-Appellee Bank of America, N.A.; and

Defendants-Appellees Wells Fargo Bank, N.A., et al.; the papers

in support; and the record; it appears that (1) the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorney's fees and costs on appeal; and (3) the Stipulation to Dismiss is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS ORDERED that the Stipulation to Dismiss is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, October 10, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge